1050

NU WEST, INC., *Respondent*, v. WAYNE R. RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-13997-0, Suzanne M. Barnett, J., entered October 29, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, A.C.J., and Schindler, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. RAY S. DEROOST, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-02051-1, Charles S. French, J., entered November 14, 1997. *Dismissed* by unpublished per curiam opinion.

CYSTAL SUSETTE HOWERY, *Appellant*, v. KING COUNTY DEPARTMENT OF METROPOLITAN SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-08994-8, Robert S. Lasnik, J., entered November 7, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, A.C.J., and Schindler, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. JANICE A. MELENDY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01124-2, Thomas J. Wynne, J., entered December 8, 1997. *Dismissed* by unpublished per curiam opinion.